UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JENIE MARIANI and JOHN DOE,                          **ECF CASE**
on behalf of themselves, FLSA Collective
Plaintiffs and the Class,                            Civil Action No. 16-cv-01751 (ARR)(CLP)

                           Plaintiffs        **ORDER FOR ADMISSION**
v.                                                   ***PRO HAC VICE***

OTG MANAGEMENT, INC. and
LAGUARDIA USA, LLC,

                        Defendants.

-----------------------------------------------------------------x

      The motion for admission of Mark J. Foley to practice *pro hac vice* in the above-captioned matter is granted.  The admitted attorney, Mark J. Foley, is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendants OTG Management, Inc. and LaGuardia USA LLC.

      This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms Mark J. Foley's appearance as counsel in this case.  A notation of Mr. Foley's admission *pro hac vice* in the above-captioned matter will be made on the roll of attorneys.

Dated:

                                 /s/ Cheryl Pollak
                                 The Honorable Cheryl L. Pollak
                                 United States Magistrate Judge