UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENIE MARIANI and JOHN DOE, On behalf of themselves, FLSA Collective Plaintiffs and the Class,<br><br>Plaintiffs,<br><br>-against-<br><br>OTG MANAGEMENT, INC. and LAGUARDIA USA LLC,<br><br>Defendants. | ECF CASE<br><br>Civil Action No. 1:16-cv-01751 (ARR-CLP)<br><br>**ORDER FOR ADMISSION**<br>***PRO HACE VICE*** |

The motion for admission of Matthew A. Fontana to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Matthew A. Fontana, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendants OTG Management, Inc. and LaGuardia USA LLC.

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms Matthew A. Fontana's appearance as counsel in this case. A notation of Mr. Fontana's admission *pro hac vice* in the above-captioned matter will be made on the roll of attorneys.

Dated: 10/11/16

So Ordered

/s/ Cheryl Pollak
U.S.M.J.

86648750.1