IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENIE MARIANI, on behalf of herself, FLSA Collective Plaintiffs and the Class,<br><br>                             Plaintiff,<br><br>     v.<br><br>OTG MANAGEMENT, INC. and LAGUARDIA USA LLC,<br><br>                             Defendants. | Case No.: 16 CV 01751 (CLP)<br><br>Pollak, M.J.<br><br>NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representative Service Award and Release Payment, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order: (1) awarding Class Counsel $100,000 in attorneys' fees, which is approximately one-third of the Settlement Fund established by Defendants, plus costs and expenses in the amount of $5,842, to be paid from the Settlement Fund; and (2) awarding Advanced Litigation Strategies, LLC, as Settlement Administrator, administration fees of $25,000 to be paid from the Settlement Fund.

Dated: October 9, 2017

        Respectfully submitted,

        LEE LITIGATION GROUP, PLLC

        By: /s/ C.K. Lee
        C.K. Lee (CL 4086)
        30 East 39th Street, Second Floor
        New York, NY 10016
        Tel.: 212-465-1188
        Fax: 212-465-1181
        *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*