UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JENIE MARIANI, et al, *on behalf of themselves and FLSA Collective Plaintiffs*,

Plaintiffs,

-against-

OTG MANAGEMENT, INC. et al.,

Defendants.

Case No. 16-cv-1751

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed against Defendants, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

Attorneys for Plaintiff
LEE LITIGATION GROUP, PLLC
30 East 39th Street, Second Fl.
New York, NY 10016
Telephone: (212) 465-1188

By: _____
    C.K. LEE

Dated: November 12, 2018

Attorneys for Defendants
DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036-2714
Telephone: (212) 248-3140

By: */s/ Lawrence J. Del Rossi*
    LAWRENCE J. DEL ROSSI

Dated: November 12, 2018

DRINKER BIDDLE & REATH LLP
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 988-2512
(Admitted *Pro Hac Vice*)

By: */s/ Matthew A. Fontana*
    MATTHEW A. FONTANA

Dated: November 12, 2018

/s/ Cheryl Pollak
U.S.M.J.

11/14/18
Dated